# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH DONOVAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RALPH DIAZ,<br><br>　　　　Respondent. | Case No. 1:20-cv-00694-NONE-EPG-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

　　Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 27, 2020, the Court received the instant application to proceed *in forma pauperis*. (ECF No. 5). The Court previously authorized Petitioner to proceed *in forma pauperis* on May 19, 2020. (ECF No. 4).

　　Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed *in forma pauperis* is DENIED as MOOT.

IT IS SO ORDERED.

　Dated: __**May 29, 2020**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE