SUPREME COURT
FILED

OCT 13 2021

Jorge Navarrete Clerk

_____
Deputy

Court of Appeal, Fifth Appellate District - No. F081240

S270817

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

THE PEOPLE, Plaintiff and Respondent,

v.

JEREMIAH JAMES DONOVAN, Defendant and Appellant.

---

The petition for review is denied.

CANTIL-SAKAUYE
*Chief Justice*