# Appellate Courts Case Information

Supreme Court                                         Change court ▼

## Docket (Register of Actions)

**DONOVAN (JEREMIAH J.) ON H.C.**
**Division SF**
**Case Number S270868**

| Date | Description | Notes |
|---|---|---|
| 09/13/2021 | Petition for writ of habeas corpus filed | Petitioner: Jeremiah J. Donovan Pro Per With exhibits A to JJ attached. |
| 12/22/2021 | Petition for writ of habeas corpus denied | |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy       © 2022 Judicial Council of California